WILLIAM H. BARNETT, III, Respondent, v CHRIS KORATSIS et al., Appellants. [813 NYS2d 689]—Appeal from an order of the Supreme Court, Seneca County (Dennis F. Bender, A.J.), entered May 26, 2005. The order, insofar as appealed from, denied in part defendants' motion to dismiss the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Smith and Pine, JJ.